**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 18, 2015

Hon. Theodore C. Hake
Asst. Criminal District Attorney
Hidalgo County Courthouse
100 N. Closner, 3rd Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Johnathan T. Ball
Attorney at Law
6521 N. 10th Street, Ste. A
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00094-CR
Tr.Ct.No. CR-5335-11-C
Style:    SERGIO ALBERTO GOMEZ v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   139th District Court (DELIVERED VIA E-MAIL)
      Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)